THE LAW OFFICE OF WALTER J. RODBY LLC
WALTER J. RODBY, SBN 5594
733 Bishop Street, Ste. 2302
Honolulu, HI 96813
Telephone: (808) 545-5490
attorneyrodby@msn.com

THE LAW OFFICE OF CAROLINE M. ELLIOT
CAROLINE M. ELLIOT, SBN 11541
P.O. Box 3254
Honolulu, HI 96801
Telephone: (808) 570-6003
cme@carolineelliot.com

Attorneys for John B. Stancil

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI`I

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     vs.<br><br>JOHN B. STANCIL,<br><br>                    Defendant. | CR. NO. 24-00005-DKW<br><br>NOTICE OF APPEAL |

## NOTICE OF APPEAL

Notice is hereby given pursuant to Fed. R. App. P. 4(b) that Defendant John B. Stancil, through undersigned counsel, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Judgment in a Criminal Case entered by Chief Judge Derrick K. Watson on February 11, 2025 and filed on February 12, 2025.

3

RESPECTFULLY SUBMITTED February 19, 2025 in Honolulu, Hawai`i.

                                                */s/ Walter J. Rodby*
                                                WALTER J. RODBY
                                                */s/ Caroline M. Elliot*
                                                CAROLINE M. ELLIOT

                                                Counsel for Defendant
                                                JOHN B. STANCIL

## CERTIFICATE OF SERVICE

I, Caroline M. Elliot, hereby certify that this filing has been served on all counsel of record through the court's electronic filing system.

DATED: Honolulu, Hawai`i, February 19, 2025.

*/s/ Caroline M. Elliot*
CAROLINE M. ELLIOT